# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>            Plaintiff,<br><br>     v.<br><br>T. BAKER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-01292-AWI-SMS PC<br><br>ORDER DENYING MOTIONS TO STAY ACTION AND FOR EXTENSION OF TIME<br><br>(Docs. 13 and 14) |

Plaintiff Darius Sims ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2007, plaintiff filed a motion seeking to stay these proceedings and a motion seeking an extension of time.

Plaintiff filed this action and is required to prosecute it. There are no proper grounds to stay this action and plaintiff's motion is denied.

With respect to plaintiff's motion for an extension of time, plaintiff has not identified what he is seeking an extension of time for. As such, plaintiff is not entitled to the relief he seeks.

Based on the foregoing, plaintiff's motions to stay this action and for an extension of time, filed March 26, 2007, are HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    March 28, 2007**              /s/ Sandra M. Snyder
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

1