UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>             Plaintiff,<br><br>vs.<br><br>T. BAKER, et al.,<br><br>             Defendants.<br>_____/ | 1:05-cv-01292-AWI-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING CERTAIN CLAIM AND DEFENDANTS** |

Plaintiff Darius Sims ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 26, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 26, 2007, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's second amended complaint, filed July 10, 2006, against defendants Resa, Baker, and Doe under section 1983 for violation of the Eighth Amendment;

3. Plaintiff's due process claim based on the deprivation of his property is DISMISSED, with prejudice, for failure to state a claim; and,

4. Defendants Cobbs, Martinez, Wadkins, and Prud'homme are DISMISSED from this action based on plaintiff's failure to state any claims against them.

IT IS SO ORDERED.

**Dated:   May 10, 2007**              **/s/ Anthony W. Ishii**
                              UNITED STATES DISTRICT JUDGE