# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS, | CASE NO. 1:05-cv-01292-AWI-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| T. BAKER, et al., | |
| Defendants. | |
| _____ / | (Docs. 11 and 16) |

Plaintiff Darius Sims ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 13, 2005. The court screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim against defendants Resa, Baker, and Doe under section 1983 for acting with deliberate indifference to plaintiff's safety, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] On May 11, 2007, plaintiff's due process claim based on the deprivation of his property was dismissed, with prejudice, for failure to state a claim, and defendants Cobbs, Martinez, Wadkins, and Prud'homme were dismissed from this action based on plaintiff's failure to state any claims against them. (Doc. 16.)

1

1.    Service is appropriate for the following defendants:[2]

C/O R. RESA

C/O T. BAKER

2.    The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second complaint filed July 10, 2006.

3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

a.    Completed summons;

b.    One completed USM-285 form for each defendant listed above; and

c.    Three (3) copies of the endorsed second amended complaint filed July 10, 2006.

4.    Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 16, 2007**                            /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The United States Marshal cannot initiate service of process on a doe defendant.  Plaintiff will be issued a summons and USM-285 form for defendant Doe when and if he ascertains Doe's name.

2