# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>           Plaintiff,<br><br>   v.<br><br>T. BAKER, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:05-cv-01292-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND OBJECTIONS<br><br>(Doc. 17)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SCAN PROPOSED THIRD AMENDED COMPLAINT TO MAKE THE RECORD COMPLETE, AND RETURN THE PROPOSED THIRD AMENDED COMPLAINT AND OBJECTIONS TO PLAINTIFF |

      Plaintiff Darius Sims ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 26, 2007, the undersigned issued a Findings and Recommendations recommending this action proceed on plaintiff's second amended complaint, filed July 10, 2006, against defendants Resa, Baker, and Doe under section 1983 for violation of the Eighth Amendment; plaintiff's due process claim based on the deprivation of his property be dismissed, with prejudice, for failure to state a claim; and defendants Cobbs, Martinez, Wadkins, and Prud'homme be dismissed from this action based on plaintiff's failure to state any claims against them.  (Doc. 12.)  Plaintiff did not file a timely Objection and on May 11, 2007, the Honorable Anthony W. Ishii adopted the Findings and Recommendations in full.  (Doc. 16.)  On

///

///

May 15, 2007, plaintiff filed a motion seeking leave to file a third amended complaint and objections late.[1]  (Doc. 17.)

Plaintiff's motion for leave to file objections shall be denied given that the Findings and Recommendations was already adopted by Judge Ishii.  Plaintiff had more than two months within which to file objections or a proper request for an extension of time.  Plaintiff also had not one but two previous opportunities to amend his complaint.

Plaintiff's proposed third amended complaint, submitted with his motion, sets forth the same claim against the same defendants that the court is allowing to proceed forward.  It serves no purpose to allow plaintiff to file a third amended complaint that sets forth the same Eighth Amendment claim against the same three defendants that the court already found to be cognizable in the second amended complaint.  To the extent that plaintiff misunderstood the Findings and Recommendations and believes the undersigned recommended that this entire action be dismissed for failure to state a claim, that is incorrect.  This action will be proceeding against defendants Resa, Baker, and Doe for failing to protect plaintiff from inmate Rivas, in violation of the Eighth Amendment.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a third amended complaint and objections late, filed May 15, 2007, is DENIED; and

2. The Clerk's Office shall scan the proposed third amended complaint, lodged May 15, 2007, to make the record complete, and shall return the proposed third amended complaint and objections to plaintiff.

IT IS SO ORDERED.

**Dated:   May 17, 2007**                               /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff incorrectly describes the proposed amended complaint as a second amended complaint.  Plaintiff already filed a second amended complaint on July 10, 2006.