IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS, | 1:05-cv-01292-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT |
| vs. | |
| T. BAKER, et al., | (DOCUMENT #27) |
| Defendants. | DEADLINE: NOVEMBER 15, 2007 |
| _____ / | |

On September 14, 2007, defendants Baker and Resa filed a motion to extend time to file a response to plaintiff's second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion for an extension of time to November 15, 2007, within which to file an answer or a responsive motion is GRANTED.


IT IS SO ORDERED.

**Dated:   October 5, 2007**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE