# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. BAKER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01292-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST, AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Docs. 30 and 34)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ENTER JUDGMENT FOR DEFENDANTS |

　　　　Plaintiff Darius Sims is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On May 1, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff filed an Objection on May 19, 2008.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.   The Objection does not provide evidence that Petitioner filed an administrative appeal concerning the event underlying this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 1, 2008, is adopted in full;
2. Defendants' motion to dismiss for failure to exhaust, filed November 15, 2007, is GRANTED, and this action be dismissed, without prejudice, and
3. The Clerk's Office shall enter judgment for Defendants and against Plaintiff.

IT IS SO ORDERED.

Dated:   **June 22, 2008**                             **/s/ Anthony W. Ishii**
                                                                UNITED STATES CHIEF DISTRICT JUDGE